JS-6

1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11  | CAROL R. SILVA,                              ) Case No. CV 12-6896-SP
    |                                             )
12  |                      Plaintiff,             )
    |                                             )  **JUDGMENT**
13  |              v.                             )
    |                                             )
14  | CAROLYN W. COLVIN, Acting                   )
    | Commissioner of Social Security             )
15  | Administration,                             )
    |                                             )
16  |                      Defendant.             )
    |                                             )
17  | _____          )

18          Pursuant to the Memorandum Opinion and Order filed contemporaneously

19  with the filing of this Judgment,

20          IT IS HEREBY ADJUDGED that the decision of the Commissioner of the

21  Social Security Administration is **AFFIRMED** and this action is dismissed with

22  prejudice.

23

24  Dated: July 10, 2013

25
                                          _____
26                                        SHERI PYM
                                          United States Magistrate Judge
27

28